# CREDITORS LIST

| Creditor | Claimed Debt |
|---|---|
| Pacific Gas & Electric<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 | $69,289.03<br>(Disputed) |
| Internal Revenue Service | $950,000.00<br>(Disputed) |
| Shellpoint – Bank of New York Melon<br>P.O. Box 51850<br>Livonia, MI 4815105850 | |
| First Loan – 250 Migues Mountain Lane, Aptos CA 95003<br>Loan Number: 0555835961 | $1.0 mil. (Disputed) |
| Second Loan | $450,000 (Disputed) |
| United States Real Estate Corporation<br>2629 Townsgate Road, No. 110<br>Westlake Village, CA 91361 | $ unk (Disputed) |
| Jason Neel<br>144 Palo Verde Terrace<br>Santa Criz, CA 95060 | $ unk (Disputed) |