MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-mail: Cathy@moranlaw.net

Attorney for Creditor David Bullard, Conservator

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re:                                        )   Chapter 13
                                              )
DONALD CHARLES SCHWARTZ,                      )   Bankruptcy No. 25-50825
                                              )
                                              )
                                              )
                     Debtor.                  )
_____        )   HON. STEPHEN L. JOHNSON

**REQUEST FOR ORDER CONFIRMING THAT THERE IS NO AUTOMATIC STAY**

    Creditor David Bullard Conservator for the Estate of Jason Neel requests entry of an order confirming that there is no stay as a result of the commencement of this case.

    Debtor is one of eight defendants in a jury trial currently ongoing in Santa Cruz County Superior Court, Case No.22-CV-01758, Neel v. Superior Loan Servicing, et al. The trial judge has indicated from the bench that he will not sever or bifurcate the case against Schwartz from that of other defendants and that absent resolution of the question of the automatic stay, the empaneled jury will be dismissed.

    The suit involves allegations that the defendants fraudulently obtained a deed of trust on the home of a mentally ill man, now subject to a conservatorship, and related causes of action. The trial commenced May 27 and is expected to run into the week of June 9th.

/ / /

This case is the third case filed by Debtor Donald Schwartz that was pending in the previous twelve months. Debtor's case number 24-40512 was closed on July 9, 2024. His case number 24-50762 was closed on August 7, 2024. The present case was commenced June 2, 2025.

Bankruptcy Code 362(c) (4)(A)(I) provides that no stay comes into effect upon the filing of a third case, when two prior cases were pending in the past 12 months.

Applicant requests entry of an order confirming that there is no stay in effect in the current case.

MORAN LAW GROUP

Date: June 3, 2025

/s/ CATHLEEN COOPER MORAN
_____
CATHLEEN COOPER MORAN
Attorneys for David Bullard, Conservator