Donald Charles Schwartz, Esq. (SBN 122476)
Law Offices of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003
831-331-9909; Facsimile 815-301-6556
email: triallaw@cruzio.com
donald@lawofficedonaldschwartz.com

Attorney In Pro Per

UNITED STATE BANKRUPTFCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:

DONALD CHARLES SCHWARTZ

Chapter 13

Bankruptcy No. 25-50825

Date: June 26, 2025
Time: 10:00 a.m.
Courtroom: 10 - Honorable Stephen L. Johnson

## AMENDED DECLARATION OF DONALD CHARLES SCHWARTZ OF GOOD FAITH IN SUPPORT OF MOTION TO EXTEND AUTOMATIC STAY

I, Donald Charles Schwartz declare:

I am over the age of eighteen and of sound mind. If called as a witness I could and would testify as set forth below.

I am a member of the State Bar of California and have been for almost 40 years (admitted 2/14/86).

[I have formerly served in the United States Department of Justice, Antitrust Division, Washington, D.C. I also proudly assisted the Honorable Ronald V. Dellums and the Congressional Black Caucus in the passage of the Comprehensive Anti-Apartheid Ac of 1986, which freed Nelson Mandela from the Robbin Island Prison and ended Apartheid in South Africa.]

I am a graduate of the Georgetown University Law Center (JD) and George Washington University (MBA). Two undergraduate degrees (With Honors) California State University, Chico.

I am an officer of the federal and state courts, and I am aware of the requirement of making accurate financial disclosures. Health challenges over the past few years combined with the complexity of bankruptcy matters have contributed to my inability to figure-out how to comply with bankruptcy filings. See attached Letters of Daniel Temple, M.D and Jay Johnson, M.D. Letters set for in the attached Group Exhibit 2.

**I am interviewing bankruptcy attorneys to represent me in this matter.**

Over the past eight (8) years I have filed for protection of the United States Bankruptcy Court in the following four (4) cases (all Northern District of California) with the following outcomes:

1. USBC **23-50372**, filed 04/06/23. In this case I was represented by attorney Aaron Lipton. As the court will see from the docket, the case was dismissed due to 'filing a schedule in bad faith' as related to the amount that I stated for my IRS debt. As the Court can see from my motion to reopen the case I was actually in an abundance of "good faith" in having **overstated** my federal income tax due, not understating it. It was the IRS that was filed a ridiculously high claim. Again, as an officer of the courts, I am acutely aware of my duties and in this instance **overstated my tax liability to the IRS**. (After the dismissal, Mr. Lipton took his fees and did not follow up.) I did not move to reopen until after the one-year deadline under Rule 60, but my good faith is well documented in the record of the Rule 60 Motion.

2. USBC No. **24-40512**, filed 4/11/24 was dismissed 5/28/24. This was the direct result of my failed health at the time as well as my own inability to understand the workings of the bankruptcy court.

3. USBC **23-50372**, dismissed 9/5/23. This was the direct result of my failed health at the time as well as my own inability to understand the workings of the bankruptcy court.

4. USBC **24-50762** dismissed 6/5/24. This was the direct result of my failed health at the time as well as my own inability to understand the workings of the bankruptcy court.

None of the last three cases (nor this case) would have been necessarily had I not been abandoned by Mr. Lipton. I filed a case in 2017 and paid off the plan. That is my goal now, e.g., to pay off the plan.

The three major claims in this Chapter 13 are discussed as follows:

**Internal Revenue Service**

I am not requesting a stay as to the United States Tax Court case because I am confident that the matter can be resolved through the settlement procedures of the United States Tax Court, Washington, D.C. where there is a case pending now. Since the exact same issues are presented in that case for the tax year 2018 as were presented for the tax year 2017 (which was resolved in my favor).

**Jason Neel v. USREC, Santa Cruz County Superior Court.**

As to the Jason Neel claim that was the subject of a request for 'confirmation of no stay,' in this case, while one attorney was requesting confirmation of 'no stay' to pursue me as a defendant in the state court, the actual attorney for the same party (Jason Neel) in the state court matter was dismissing me with prejudice. So, <u>I am now entirely dismissed from the plaintiff Jason Neel's claim in that case</u> (viz, the "ex parte application" was the function of one hand not knowing what the other was doing. A true and correct copy of the Notice of Dismissal With Prejudice is attached as Exhibit 1 – Judicial Notice is requested.) I am still being cross-complained by a hard money lender United States Real Estate Corporation ("USREC") in that same case (USREC refused to dismiss me on a claim for "equitable indemnity" related to a loan that a former client (Neel) obtained – which loan I knew nothing about nor participated in the client (Neel) obtaining, e.g., the first I was aware of this loan was when I was contacted to assist why monthly payments were not be credited by USREC so I then secured a temporary restraining order for the client.) It is of little consequence that the USREC claim is stayed as to that cross-complaint for equitable indemnity since it remains to be seen if the hard money loan is going to 'stick' as between Jason Neel and USREC. If the loan is held valid than there is nothing for USREC to cross-complain about. I am of the opinion that I am being sued on the equitable indemnity to control my testimony.

3

**Bank of New York Mellon**

This involves a purchase money (first) loan on a property located at 250 Migues Mountain Lane, Aptos, CA. I have only recently learned that the lender (Countryside) utilized a forgery to assign the deed of trust to Bank of America then to Bank of New York Mellon. Any forgery in the chain of title defeats the entire chain of title. This forgery issue will soon become the subject of litigation to cancel that Assignment of Deed of Trust instrument from the Santa Cruz County Recorder's Office. So, staying foreclosure activity on that property is simply the right thing to do.

In sum, I am in good faith here and have always been in good faith with this court. I challenge anyone to show otherwise.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully submitted,

Dated: June 12, 2025     /s/ Donald Charles Schwartz

———————————————
Donald Charles Schwartz
Attorney In Pro Se

**PROOF OF ESERVICE VIA ECF**

The foregoing document has been served via the Court's own ECF system

/s/ Elizabeth A. Marani Schwartz

———————————————
Elizabeth A. Marani Schwartz

# EXHIBIT 1

# CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 166487 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Thornton Davidson<br>FIRM NAME: Thornton Davidson, PC<br>STREET ADDRESS: 1195 W. Shaw Ave, Ste A<br>CITY: Fresno STATE: CA ZIP CODE: 93711<br>TELEPHONE NO.: 559/476-5064 FAX NO.: 559/421-0368<br>EMAIL ADDRESS: thornton@thorntondavidsonlaw.com<br>ATTORNEY FOR (name): Plaintiff, JASON NEEL | | **ELECTRONICALLY FILED**<br>Superior Court of California<br>County of Santa Cruz<br>6/9/2025 2:37 PM<br>Clerk of the Court by Deputy,<br>Karen Broughton |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CRUZ
STREET ADDRESS: 701 Ocean St
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Cruz 95060
BRANCH NAME: Civil Dept.

PLAINTIFF/PETITIONER: JASON NEEL
DEFENDANT/RESPONDENT: SUPERIOR LOAN SERVICING, et al

**REQUEST FOR DISMISSAL**

CASE NUMBER: 22CV01758

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) [X] With prejudice  (2) [ ] Without prejudice  (3) [ ] Without prejudice and with the court retaining jurisdiction (Code Civ. Proc., § 664.6)
   b. (1) [ ] Complaint  (2) [ ] Petition
      (3) [ ] Cross-complaint filed on (date): by (name):
      (4) [ ] Cross-complaint filed on (date): by (name):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [X] Other (specify)*: As to Donald Schwartz only. Each party to pay their own fees and costs

2. (Complete in all cases except family law cases.)
   The court [ ] did [X] did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed.)

Date: June 9, 2025

Thornton Davidson
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for
[X] Plaintiff/Petitioner  [ ] Defendant/Respondent
[ ] Cross-Complainant

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed

3. TO THE CLERK: Consent to the above dismissal is hereby given.†
Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for
[ ] Plaintiff/Petitioner  [ ] Defendant/Respondent
[ ] Cross-Complainant

† If item 1a(3) is checked, all parties must sign.
If a cross-complaint—or Response—Marriage/Domestic Partnership (form FL-120) seeking affirmative relief—is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

[ ] Check here and use form MC-025 or a separate page for additional signatures. Include date, printed name, and party information.

4. [ ] Dismissal entered as requested on (date):
5. [X] Dismissal entered on (date): 6/9/2025 as to only (name): as above
6. [ ] Dismissal not entered as requested for the following reasons (specify):

7. a. [ ] Attorney or party without attorney notified on (date):
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
      [ ] a copy to be conformed  [ ] means to return conformed copy

Date: 6/9/2025                Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2025]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Government Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

| | | |
|---|---|---|
| PLAINTIFF/PETITIONER: JASON NEEL | CASE NUMBER: | CIV-110 |
| DEFENDANT/RESPONDENT: SUPERIOR LOAN SERVICING, et al | 22CV01758 | |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name)*: None

2. The person named in item 1 is *(check one below)*
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. All court fees and court costs that were waived in this action have been paid to the court *(check one)*: ☐ Yes  ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: June 9, 2025

Thornton Davidson
(TYPE OR PRINT NAME OF  [X] ATTORNEY  ☐ PARTY MAKING DECLARATION)   (SIGNATURE)

# PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF FRESNO ) ss.

I certify and declare as follows:

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within above-entitled action; my business address is 1195 W. Shaw Ave., Ste. A, Fresno, California 93711, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United Stated Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 9, 2025, at my place of business in Fresno, California, I served the within:

- **REQUEST FOR DISMISSAL AS TO DONALD SCHWARTZ ONLY**

as follows:

| | |
|---|---|
| Edward Egan Smith<br>STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP<br>235 Pine Street, 15th floor<br>San Francisco, CA 94104<br>esmith@steyerlaw.com<br>mdelbridge@steyerlaw.com | Attorney for Defendant United States Real Estate Corporation |
| Jacoby Perez<br>Geraci Law Firm and Conferences<br>90 Discovery<br>Irvine, CA 92618<br>j.perez@geracillp.com<br>concierge@geracillp.com | Attorney for Defendant United States Real Estate Corporation |
| Donald Schwartz, Attorney<br>7960 Soquel Dr., Ste. B291,<br>Aptos, CA 95003<br>donald@lawofficedonaldschwartz.com | In pro per |
| Michael T. Beuselinck<br>Michael Beuselinck PC<br>490 43rd Street, #37<br>Oakland, CA 94609<br>Mike@lawmtb.com | Attorney for CNA Equity Group, Inc. |

[X] BY EMAIL: I electronically transmitted a true and correct copy thereof to the interested parties' electronic notification address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 9, 2025, at Fresno, California.

/s/ *Letitia Sanches*
Letitia Sanches

PROOF OF SERVICE

2



## CARDIOVASCULAR
### ASSOCIATES OF SANTA CRUZ

RAJ SINGH, MD, FACC • JAY A. JOHNSON, MD, FACC • VICTOR OCHOA, MD

May 12, 2021

To: Whom it may concern,

Re: Donald Schwartz

Mr. Schwartz is under my care for a serious cardiac related medical problem. His symptoms have become worse recently resulting in an emergency room visit. Therefore, I have asked him to abstain from stressful work situations. It is my recommendation that he not perform tasks such as court appearance and other work-related stressful events for the next two month's or until further evaluation. Please make necessary accommodations.

Feel free to contact me with any questions.

Sincerely,

Jay A. Johnson, MD, FACC

1695 SOQUEL DR., SUITE 220 • SANTA CRUZ, CA • 95065

# EXHIBIT 2



**DHMG - Dominican-Capitola Family Practice**
528 Capitola Ave
Capitola, CA 95010-
Facility Phone #: (831) 475-1630

Name: **SCHWARTZ, DONALD CHARLES**  MRN: [redacted]
Pt loc: CL DOM Capitola
Disch Date:
Date Printed: 3/25/2024 18:06 PDT  Acct #: 664774

**Scanned document provided at the direction of Provider.**

**Documentation - view scanned document on next page**

| | |
|---|---|
| DOCUMENT NAME: | Letter |
| SERVICE DATE/TIME: | 3/25/2024 18:06 PDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Temple, Daniel E MD (3/25/2024 18:06 PDT) |
| SIGN INFORMATION: | |



Capitola Family Practice
528 Capitola Ave
Capitola, CA 95010
Ph: 831-475-1630
Fax: 831-475-1629

March 25, 2024

Patient Information
SCHWARTZ, DONALD CHARLES
DOB - [redacted]
7960B SOQUEL DR APT 291
APTOS, CA 95003

To Whom It May Concern,

Donald Schwartz is a patient under my care. He is cleared to return to work to tolerance.

Please contact my office with any questions or concerns.

Sincerely,

Daniel Temple, MD



DHMG - Dominican-Capitola Family Practice
528 Capitola Ave
Capitola, CA 95010-
Facility Phone #: (831) 475-1630

Name: **SCHWARTZ, DONALD CHARLES**  MRN: 
Pt loc: CL DOM Capitola
Disch Date:
Date Printed: 3/25/2024 18:06 PDT  Acct #: 664774

**Scanned document provided at the direction of Provider.**

| **Documentation - view scanned document on next page** |
| --- |

*[signature]*

Case: 25-50825   Doc# 22   Filed: 06/16/25   Entered: 06/16/25 13:16:17   Page 13 of 16



Capitola Family Practice
528 Capitola Ave
Capitola, CA 95010
Ph: 831-475-1630
Fax: 831-475-1629

June 16, 2023

Patient Information
SCHWARTZ, DONALD
DOB -
7960B SOQUEL DR APT 291
APTOS, CA 95003

To Whom It May Concern,

Donald Schwartz is a patient under my care.
He was admitted through the Emergency Room to the Dominican Santa Cruz Hospital on 6/12/2023 to 6/14/2023.
Due to a medical concern I am advising that he be excused from all work matters for the dates of 6/12/2023 through 7/12/2023.
He may return on 7/13/2023 for a maximum 4 hours per day or to tolerance.
He will be reevaluated intermittently during that time.

Thank you.

Sincerely,

Daniel Temple, MD

Dr. Daniel Temple
DEA: FT8494914
Lic: A162901



DHMG - Dominican-Capitola Family Practice
528 Capitola Ave
Capitola, CA 95010-
Facility Phone #: (831) 475-1630

**Name:** SCHWARTZ, DONALD CHARLES  MRN: ▇▇▇▇▇▇
Pt loc: CL DOM Capitola
Disch Date:
Date Printed: 12/3/2024 18:08 PST  Acct #: 749947

**Scanned document provided at the direction of Provider.**

| **Documentation - view scanned document on next page** |
|---|

DOCUMENT NAME: Provider Letter
SERVICE DATE/TIME: 12/3/2024 18:08 PST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Temple,Daniel E MD (12/3/2024 18:08 PST)
SIGN INFORMATION:



Capitola Family Practice
528 Capitola Ave
Capitola, CA 95010
Ph: 831-475-1630
Fax: 831-475-1629

December 03, 2024

Patient Information
SCHWARTZ, DONALD CHARLES
DOB - ▇▇▇▇▇
7960 SOQUEL DRIVE
APTOS, CA 95003

To Whom It May Concern,

Donald Schwartz is a patient under my care. Due to an extended vaccine reaction starting November 9th, 2024 he has been unable to attend to his regular professional duties.

Please contact my office with any questions or concerns.

Sincerely,

Daniel Temple, MD



**DHMG - Dominican-Capitola Family Practice**
528 Capitola Ave
Capitola, CA 95010-
Facility Phone #: (831) 475-1630

Name: **SCHWARTZ, DONALD CHARLES**    MRN: ███
Pt loc: CL DOM Capitola
Disch Date:
Date Printed: 12/3/2024 18:08 PST    Acct #: 749947

*** Scanned document provided at the direction of Provider. ***

**Documentation - view scanned document on next page**

[signature]